**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| CBI ACQUISITIONS, LLC d/b/a CANEEL BAY RESORT and EHI ACQUISITIONS, LLC, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>J. BRION MORRISETTE and LAUREN E. MORRISETTE, )<br><br>Defendants. ) | Civil No. 2014-49 |

## TRIAL MANAGEMENT ORDER

This matter was before the Court on November 2, 2016 on the parties' Proposed Scheduling Plan and for an initial Rule 16 pretrial conference. The parties will mediate with Judge S. Wigenton in two weeks and are optimistic regarding settlement prospects. They do not believe they will need experts, other than perhaps a land surveyor, and the parties may cooperate the use the same person for that. The premises considered, it is hereby ORDERED that the parties shall adhere to the following schedule:

1. The parties with the exception of Morrisette have disclosed information and documents pursuant to Rule 26(a)(1), and shall supplement such disclosures as necessary. Morrisette shall provide his Rule 26 (a)(1) disclosures not later than November 7, 2016.

2. The deadline for seeking leave to amend pleadings or add new parties is December 1, 2016.

3. Fact discovery shall be completed by April 14, 2017.

4. The parties shall jointly contact the Court to attempt an informal resolution of any discovery disputes prior to filing discovery motions.

5. The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). This Order does not prevent any party from seeking a determination from the Court about whether a document or information, whether withheld or produced, is privileged or work product protected.

6. The parties have provided a protocol in their discovery plan.

7. The parties shall identify any experts, and produce the required materials related thereto, on or before May 1, 2017.

8. Rebuttal experts shall be disclosed by June 1, 2017.

9. All discovery shall be completed by July 15, 2017.

10. The parties shall file dispositive motions no later than August 15, 2017.  The time for filing responses and replies may not be extended without leave of Court.

11. The parties shall file their proposed joint final pretrial order no later than November 22, 2017.

12. The parties shall file a trial brief or memorandum pursuant to Local Rule 16.1(c) no later than November 29, 2017.

13. The final pretrial conference in this matter shall begin promptly at **11:00 a.m. on November 27, 2017**.

14. The trial of this matter is scheduled to begin promptly at **9:00 a.m. on December 4, 2017.**  The trial period extends from **December 4, 2017 to December 15, 2017**.  To the extent that there are conflicts, the trial date may change to any date within this period.  All parties, witnesses and counsel should arrange their schedules accordingly.

15. A status conference is scheduled for **February 7, 2017, at 10:00 a.m.**  Off-island counsel may appear by telephone if there are no disputes pending.

16. Counsel shall be familiar with the Court's Policies and Procedures, available at http://www.vid.uscourts.gov/.  For trial preparation purposes, parties should pay particular attention to the requirements regarding the timing for, and resolution of objections to, deposition designations, and the requirements for exhibit preparation.

**Dated:** November 2, 2016                     S\_____
                                                **RUTH MILLER**
                                                United States Magistrate Judge